707 A.2d 1144

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Joseph S. TAYLOR, Appellee.**

Supreme Court of Pennsylvania.

April 24, 1998.

## ORDER

PER CURIAM:

AND NOW, this 24th day of April, 1998, we **VACATE** the Order of the Court of Common Pleas of Allegheny County, and we **VACATE** in its entirety the suspension of Appellee Joseph S. Taylor's driver's license that the Commonwealth of Pennsylvania, Department of Transportation imposed effective

580

December 20, 1995 as a result of Appellee's conviction in Ohio for Driving Under the Influence of Alcohol.